**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 66-0728761 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **METRO MEDICAL CENTER SUITE 803**<br>**Bayamon, PR 00959**<br>Number, Street, City, State & ZIP Code | **1508 AGUAS CORRIENTES, LAS CASCADAS**<br>**Toa Alta, PR 00953**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bayamon**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | INSTITUTO DE EDUCACION Y TECNOLOGIA, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**7.** Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**  Case number (*if known*) _____
<u>Name</u>

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | INSTITUTO DE EDUCACION Y TECNOLOGIA, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

■ $500,001 - $1 million        ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | INSTITUTO DE EDUCACION Y TECNOLOGIA, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2025**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **PRESIDENT/ SECRETARY**

**LIZ M. MURIENTE COLON**
Printed name

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **May 15, 2025**
MM / DD / YYYY

**CARMEN D. CONDE TORRES 207312**
Printed name

**C. CONDE & ASSOC.**
Firm name

**254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523**
Number, Street, City, State & ZIP Code

Contact phone   **787-729-2900**       Email address   **condecarmen@condelaw.com**

**207312 PR**
Bar number and State

## CORPORATE RESOLUTION

I, Liz M. Muriente Colón, of legal age, married, president and secretary of Instituto de Educación y Tecnología, Inc, a non profit organization, and resident of Bayamón, Puerto Rico, DO HEREBY CERTIFY that:

1.  That I am the President and Secretary of the non profit organization, Instituto de Educación y Tecnología, Inc.

2.  That the Board of Directors have been informed and oriented of the alternatives under the Bankruptcy Code and specifically the meaning of Chapter 11 of the Bankruptcy Code.

3.  That at the meeting of shareholders celebrated on April 4, 2025, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Lay was unanimously approved.

4.  That it was also agreed that I, Liz M. Muriente Colón will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other matter and/or documents related to the bankruptcy proceedings.

5.  That it was also agreed that I, Liz M. Muriente Colón procure the services of Attorney Carmen D. Conde Torres and that she be retained for such purposes.

To be evident, I sign this Resolution today the 15th day of May, 2025

(Corporate Stamp)

By: _____

Secretary
Liz M. Muriente Colon

---

**Fill in this information to identify the case:**

Debtor name    INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __May 15, 2025__    X _____
                                       Signature of individual signing on behalf of debtor

                                     LIZ M. MURIENTE COLON
                                     Printed name

                                     PRESIDENT/ SECRETARY
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | INSTITUTO DE EDUCACION Y TECNOLOGIA, INC. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRS CITIVIEW PLAZA NO II 48 CARR 165 SUITE 2000 GUAYNABO, PR 00968-8000 | | TAX INTEREST AND PENALTIES | Unliquidated | | | $617,497.77 |
| US SMALL BUSINESS ADMINISTRATION 1545 HAWKINS BLVD SUITE 202 El Paso, TX 79925 | | UCC #2021-0004567 | | $150,000.00 | $0.00 | $150,000.00 |
| DEPARTAMENTO DEL TRABAJO PO BOX 195540 San Juan, PR 00919-5540 | | UNEMPLOYMENT INSURANCE | Unliquidated | | | $55,947.00 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | WITHHOLDING PENALTIES | Unliquidated | | | $18,020.26 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | WITHHOLDING OF PROFESIONAL SERVICES | | | | $12,565.62 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | WITHHOLDING OF SALARIES | | | | $9,202.00 |

Debtor  INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTAMENTO DEL TRABAJO PO BOX 195540 San Juan, PR 00919-5540 | | DISABILITY INSURANCE | Unliquidated | | | $453.51 |
| IRS CITIVIEW PLAZA NO II 48 CARR 165 SUITE 2000 GUAYNABO, PR 00968-8000 | | | | | | $63.00 |
| IRS CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | NOTICE ONLY | | | | $1.00 |
| DEPARTMENT OF JUSTICE 950 Pennsylvania Avenue NW Washington, DC 20530 | | NOTICE ONLY | | | | $1.00 |
| DEPARTAMENTO DE JUSTICIA DE PR FEDERAL LITIGATION DIVISION PO BOX 9020192 SAN JUAN, PR 00902-0192 | | NOTICE ONLY | | | | $1.00 |

**Fill in this information to identify the case:**

Debtor name   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ __305,091.18_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ __305,091.18_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................... $ __284,376.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ __78,234.13_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ __635,518.03_

4. **Total liabilities** .............................................................................................................
   Lines 2 + 3a + 3b                                                                                  $ __998,128.16_

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANCO POPULAR DE PUERTO RICO | CHECKING ACCOUNT | 5354 | $160,787.99 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**          $160,787.99

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | DEPOSIT LUMA ENERGY ACCOUNT #3259296405 | $300.00 |
| 7.2. | RENT TO MMC GURANTEE LLC LEASE AGREEMENT | $1,714.25 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**
        Name

Case number *(if known)* _____

Description, including name of holder of prepayment

| 9. | Total of Part 2. | | $2,014.25 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:   _____ 192,880.00   -   _____ 192,880.00   =....   _____ $0.00
                         face amount                doubtful or uncollectible accounts

| 12. | Total of Part 3. | | $0.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture <br> **SEE EXHIBIT 1 (MAIN OFFICE)** | $0.00 | | $7,910.94 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor    **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**    Case number *(If known)* _____
_____
Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $7,910.94 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | LEXUS 2023 NX350 | $0.00 | DEBTOR'S RECORDS | $51,688.00 |
| 47.2. | LEXUS 2023 NX350 | $0.00 | DEBTOR'S RECORD | $51,688.00 |
| 47.3. | LEXUS 2022 ES3 | $0.00 | DEBTOR'S RECORDS | $31,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $134,376.00 |
|---|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**   **Real property**

54.  **Does the debtor own or lease any real property?**

Debtor    **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**      Case number *(if known)* _____
    Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties**<br>GOVERNMENT OF PUERTO RICO<br>DEPARTMENT OF STATE<br>EDUCATION LICENSE REGISTRY NUMBER<br>A20-20 | $0.00 | | $1.00 |
|     GOVERNMENT OF PUERTO RICO<br>DEPARTMENT OF STATE<br>EDUCATION LICENSE REGISTRY NUMBER<br>A78-90 | $0.00 | | $1.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

         **$2.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
    ■ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**
Name

Case number *(If known)* _____

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $160,787.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,014.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,910.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $134,376.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $305,091.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $305,091.18 |

---

# INVENTARIO DE PROPIEDAD
## INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.
### NUMERO DE SEGURO SOCIAL: 66-0728761



| NUMERO DE PROPIEDAD / AssetID | DESCRIPCION DE LA PROPIEDAD / Description | LOCALIZACION DONDE SE UBICA LA PROPIEDAD / Location | CUSTODIO YO ENCARGADO DE LA PROPIEDAD / Custodian | OFICINA O DIVISION DONDE SE ENCUENTRA FISICAMENTE LA PROPIEDAD / Department | CONDICION ACTUAL DE LA PROPIEDAD / Condition | DEPRECIACION ACUMULADA / Depreciation | PRECIO DE ADQUISICION / Acquisition | METODO DE DEPRECIACION STRAIGHT LINE METHOD / StraightMethod | VIDA UTIL DEL EQUIPO / EstimatedLife | VALOR RESIDUAL / ServiceValue |
|---|---|---|---|---|---|---|---|---|---|---|
| | Escritorio | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 12.65 | $ 378.50 | $ 58.33 | 6 | $ 37.55 |
| | Escritorio | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 134.85 | $ 449.00 | $ 67.43 | 6 | $ 44.95 |
| | Escritorio | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 239.70 | $ 798.00 | $ 119.65 | 6 | $ 79.80 |
| | Escritorio | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 326.40 | $ 1,088.00 | $ 164.70 | 6 | $ 109.80 |
| | Escritorio | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 63.20 | $ 374.50 | $ 84.26 | 4 | $ 37.45 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | E | $ 315.00 | $ 699.99 | $ 157.50 | 4 | $ 70.00 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 543.45 | $ 1,207.67 | $ 271.73 | 4 | $ 120.77 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 543.45 | $ 1,207.67 | $ 271.73 | 4 | $ 120.77 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 543.45 | $ 1,207.67 | $ 271.73 | 4 | $ 120.77 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 543.45 | $ 1,207.67 | $ 271.73 | 4 | $ 120.77 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 374.63 | $ 699.00 | $ 157.28 | 4 | $ 69.90 |
| | Computadora | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 160.00 | $ 399.99 | $ 90.00 | 4 | $ 40.00 |
| | Printer | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 358.20 | $ 795.99 | $ 179.10 | 4 | $ 79.60 |
| | Printer | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 112.50 | $ 249.99 | $ 56.25 | 4 | $ 25.00 |
| | Printer | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 635.90 | $ 1,542.00 | $ 346.95 | 4 | $ 154.20 |
| | Anaquel | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 123.53 | $ 274.50 | $ 61.76 | 4 | $ 27.45 |
| | Archivo | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 119.70 | $ 399.00 | $ 59.85 | 6 | $ 39.90 |
| | Libreto | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 157.20 | $ 524.25 | $ 78.64 | 6 | $ 52.43 |
| | Credenza | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | $ 122.09 | $ 339.15 | $ 61.05 | 6 | $ 33.92 |
| | Credenza | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | | | | | |
| | Credenza | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | | | | | |
| | Butaca | Bayamón, PR | IET, Inc. | Metro Medical Center Suite 803 | m | | | | | |

VIVIANA MURIENTE COLON
_____
Firma

Fecha: 3/25/2025

Valor Actual del Inventario de la Propiedad:   $   7,910.94

Blumberg No. 5118

EXHIBIT
1

**Fill in this information to identify the case:**

Debtor name: __INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  TOYOTA CREDIT**
Creditor's Name

PO BOX 71410
SAN JUAN, PR 00936-8510
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**LEXUS 2023 NX350**

Describe the lien
**Second Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$51,688.00**  Column B: **$51,688.00**

**2.2  TOYOTA CREDIT**
Creditor's Name

PO BOX 71410
SAN JUAN, PR 00936-8510
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**LEXUS 2023 NX350**

Describe the lien
**SECURITY INTEREST**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$51,688.00**  Column B: **$51,688.00**

Debtor  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**         Case number (if known) _____
    Name

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

---

| 2.3 | **TOYOTA CREDIT** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 71410
SAN JUAN, PR 00936-8510**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**2022**

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

Describe debtor's property that is subject to a lien          $31,000.00          $31,000.00
**LEXUS 2022 ES3**

Describe the lien
**SECURITY INTEREST**
Is the creditor an insider or related party?
- ☑ No
- ☐ Yes
Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

---

| 2.4 | **US SMALL BUSINESS ADMINISTRATION** | | |
|---|---|---|---|

Creditor's Name

**1545 HAWKINS BLVD
SUITE 202
El Paso, TX 79925**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

Describe debtor's property that is subject to a lien          $150,000.00          $0.00
**UCC #2021-0004567**

Describe the lien

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes
Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $284,376.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   __INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.__
Name

Case number (if known) _____

**Name  and address**

**On which line in Part 1 did
you enter the related creditor?**

**Last 4 digits of
account number for
this entity**

Fill in this information to identify the case:

Debtor name **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,565.62 | $12,565.62 |
|---|---|---|---|---|

**DEPARTAMENTO DE HACIENDA**
**PO BOX 9024140**
**SAN JUAN, PR 00902-4140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2025**

Basis for the claim:
**WITHHOLDING OF PROFESIONAL SERVICES**

Last 4 digits of account number **1200**

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | | $9,202.00 | $9,202.00 |
|---|---|---|---|---|

**DEPARTAMENTO DE HACIENDA**
**PO BOX 9024140**
**SAN JUAN, PR 00902-4140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2025**

Basis for the claim:
**WITHHOLDING OF SALARIES**

Last 4 digits of account number **1200**

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**    Case number (if known) _____
_____Name_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |

**DEPARTAMENTO DE JUSTICIA DE PR**
**FEDERAL LITIGATION DIVISION**
**PO BOX 9020192**
**SAN JUAN, PR 00902-0192**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,947.00 | $55,947.00 |

**DEPARTAMENTO DEL TRABAJO**
**PO BOX 195540**
**San Juan, PR 00919-5540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**UNEMPLOYMENT INSURANCE**

Last 4 digits of account number **6691**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $453.51 | $453.51 |

**DEPARTAMENTO DEL TRABAJO**
**PO BOX 195540**
**San Juan, PR 00919-5540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023-2024**

Basis for the claim:
**DISABILITY INSURANCE**

Last 4 digits of account number **0000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |

**DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

Debtor   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**          Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**IRS**
**CENTRALIZED INSOLVENCY**
**OPERATION**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**IRS**
**CITIVIEW PLAZA NO II**
**48 CARR 165 SUITE 2000**
**GUAYNABO, PR 00968-8000**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022-2024**

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,020.26 |
|---|---|---|---|

**DEPARTAMENTO DE HACIENDA**
**PO BOX 9024140**
**SAN JUAN, PR 00902-4140**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **WITHHOLDING PENALTIES**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617,497.77 |
|---|---|---|---|

**IRS**
**CITIVIEW PLAZA NO II**
**48 CARR 165 SUITE 2000**
**GUAYNABO, PR 00968-8000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2022**
Last 4 digits of account number _____

Basis for the claim:  **TAX INTEREST AND PENALTIES**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    <u>INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.</u>
          Name

Case number (if known)    _____

**5a. Total claims from Part 1**

**5b. Total claims from Part 2**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

| | | |
|---|---|---|
| 5a. | $ | 78,234.13 |
| 5b. + | $ | 635,518.03 |
| 5c. | $ | 713,752.16 |

**Fill in this information to identify the case:**

Debtor name __INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.__

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE CONTRACT ACCOUNT #8195809713 | |
|---|---|---|---|
| | State the term remaining | | CLARO PR PO BOX 3660998 San Juan, PR 00936-0980 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | EDUCATIONAL SERVICES CONTRACT UNTIL JUNE 30, 2025 | |
|---|---|---|---|
| | State the term remaining | ANUALLY | DEPARTAMENTO DE EDUCACION GOV. DE PR PO BOX 190759 San Juan, PR 00919-0759 |
| | List the contract number of any government contract | 081-2025-0112 | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | RENT LEASE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 3 YEARS | MMC GUARANTEE LLC COND. METRO MEDICAL CENTER LLC PO BOX 488 Bayamon, PR 00959 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | INTERNET SERVICES CONTRACT ACCOUNT #27293 | |
|---|---|---|---|
| | State the term remaining | | NEPTUNOMEDIA, INC. PO BOX 191995 San Juan, PR 00919 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | LIZ M. MURIENTE COLON | METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | TOYOTA CREDIT | ■ D   2.1 ☐ E/F _____ ☐ G _____ |
| 2.2 | LIZ M. MURIENTE COLON | METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | TOYOTA CREDIT | ■ D   2.2 ☐ E/F _____ ☐ G _____ |
| 2.3 | LIZ M. MURIENTE COLON | METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | TOYOTA CREDIT | ■ D   2.3 ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___ **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**

United States Bankruptcy Court for the: ___ DISTRICT OF PUERTO RICO

Case number (if known) ___

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  7/01/2025 to Filing Date | ■ Operating a business<br>☐ Other ___ | $1,132,516.12 |
| **For prior year:**<br>From  7/01/2024 to Filing Date | ■ Operating a business<br>☐ Other ___ | $1,210,170.00 |
| **For year before that:**<br>From  7/01/2023 to 6/30/2024 | ■ Operating a business<br>☐ Other ___ | $914,997.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | PONCE HILTON<br>1150 Av. Caribe<br>Ponce, PR 00716 | 4/2025 | $9,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  DEPOSIT<br>GRADUATION EXPENSES |
| 3.2. | MINERVA SANTIAGO<br>PO BOX 382<br>Utuado, PR 00641 | FEB,<br>MARCH,<br>APRIL<br>(MONTHLY<br>PAYMENT | $3,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | PABLO CASTOINE<br>URB. VILLA REAL<br>CALLE 5 L-8<br>Guayama, PR 00784 | FEB,<br>MARCH,<br>APRIL, 2025<br>(MONTHLY<br>PAYMENT) | $3,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | LIZ M. MURIENTE COLON<br>METRO MEDICAL CENTER TORRE A<br>SUITE 803<br>Bayamon, PR 00959<br>PRESIDENT/SECRETARY | MONTHLY<br>PAYMENT | $7,000.00 | SALARY |
| 4.2. | VIVIANA L. MURIENTE COLON<br>METRO MEDICAL CENTER TORRE A<br>SUITE 803<br>Bayamon, PR 00959<br>VICE PRESIDENT / TREASURER | MONTHLY<br>PAYMENT | $7,000.00 | SALARY |
| 4.3. | JOSE MURIENTE<br>CALLE MARACOIBO #55<br>PARK GARDENS<br>San Juan, PR 00926<br>FOUNDER | MONTHLY<br>PAYMENT | $8,000.00 | SALARY |
| 4.4. | LUZ COLON<br>CALLE MARACOIBO #55<br>PARK GARDENS<br>San Juan, PR 00926<br>REGISTRAUR | MONTHLY<br>PAYMENT | $3,000.00 | SALARY |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   __INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.__          Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.   JOSE EMILIO MURIENTE CALLE MARACOIBO #55 PARG GARDENS San Juan, PR 00926 SYSTEM MANAGER | MONTHLY PAYMENT | $2,000.00 | SALARY |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **C. CONDE & ASSOC.** **254 SAN JOSE STREET** **San Juan, PR 00901-1523** | RETAINER | MARCH 4, 2025 | $15,000.00 |
| | Email or website address **https://condelaw.com/** | | | |
| | Who made the payment, if not debtor? **IET AAC SERVICES, INC (WORKSHOP)** | | | |
| 11.2. | **C. CONDE & ASSOC.** **254 SAN JOSE STREET** **San Juan, PR 00901-1523** | FILING FEE | MARCH 4, 2025 | $1,738.00 |
| | Email or website address **https://condelaw.com/** | | | |
| | Who made the payment, if not debtor? **IET AAC SERVICES, INC (WORKSHOP)** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

---

Debtor   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**          Case number *(if known)* _____

---

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | **Address** | **Dates of occupancy From-To** |
|---|---|---|
| 14.1. | **1508 AGUAS CORIENTES LAS CASCADAS Toa Alta, PR 00953** | **2020-2023** |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **STUDENTS (SOCIAL SECURITY, VACCINES, HEALTH DATA AND SISTEMA INFORMACION ESTUDIANTIL)**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | XXXX-7564 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2024 | $0.00 |
| 18.2. | BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | XXXX-5317 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2024 | $0.00 |
| 18.3. | BANCO POPULAR DE PR PO BOX 362708 SAN JUAN, PR 00936-2708 | XXXX-9915 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2024 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**     Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■   No.
    ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | JRC ACCOUNTING<br>PLAZA ST. ISABEL<br>LOCAL 10-C<br>Santa Isabel, PR 00757 | 2017-2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | GMC CONSULTING<br>c/o GILBERTO MARCIAL, CPA<br>PASEO DE GRACIA<br>URB. LAS RAMBLAS<br>Guaynabo, PR 00969 | 2022-2024 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | INSTITUTO DE EDUCACION Y TECNOLOGIA, INC. | Case number (if known) | |
|---|---|---|---|

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. INSTITUTO DE EDUCACION Y TECNOLOGIA INC METRO MEDICAL CENTER SUITE 803 Bayamon, PR 00959 | THE DEBTOR HAS THE BOOKS IN SAGE PLATFORM |

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

☐ None

| Name and address |
|---|
| 26d.1. DEPARTAMENTO DE EDUCACION GOV. DE PR PO BOX 190759 San Juan, PR 00919-0759 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | LIZ M. MURRIENTE | 3/25/25 | 7,910.94 |

Name and address of the person who has possession of inventory records

LIZ M. MURIENTE COLON
METRO MEDICAL CENTER TORRE A
SUITE 803
Bayamon, PR 00959

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| LIZ M. MURIENTE COLON | METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | PRESIDENT/ SECRETARY | NON-PROFIT |
| VIVIANA L. MURIENTE COLON | METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | VICE PRESIDENT/ TREASURER | NON-PROFIT |
| NATALIA FERRO FAJARDO | CALLE LARRINAGA 276 San Juan, PR 00918 | SUB SECRETARY | NON-PROFIT |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| JEAN M. NIEVES SOTO | 302 RIO PORTUGUES PASEOS DEL RIO Caguas, PR 00725 | VOCAL | NON-PROFIT |
| Name | Address | Position and nature of any interest | % of interest, if any |
| REBEKAH ASENCIO | 23622 SW AVE 108 Homestead, FL 33032 | VOCAL | NON-PROFIT |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
     Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 | LIZ M. MURIENTE COLON METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | 7,000, PER MONTH | MONTHLY PAYMENT | SALARY |
| | Relationship to debtor PRESIDENT & SECRETARY | | | |
| 30.2 | VIVIANA L. MURIENTE COLON METRO MEDICAL CENTER TORRE A SUITE 803 Bayamon, PR 00959 | $7,000.00 MONTHLY PAYMENT | MONTHLY | SALARY |
| | Relationship to debtor VICE PRESIDENT & TREASURER | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   __INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.__          Case number *(if known)*  _____

Name of the pension fund                                  **Employer Identification number of the pension fund**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __May 15, 2025__

_____          __LIZ M. MURIENTE COLON__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __PRESIDENT/ SECRETARY__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.** _____ Case No. _____

_____ Debtor(s)      Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

I.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept _____ $ _____

Prior to the filing of this statement I have received _____ $ _____

Balance Due _____ $ _____

■   **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____ $     **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____ $     **350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.   $ __**1,738.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):   **IET AAC SERVICES, INC.**

4.   The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify): _____

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:**
         **$350.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;**
         **$300.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;**
         **$275.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;**
         **$150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR ACCOUNTING ANALYST PLUS COST AND EXPENSES.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.                Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May 15, 2025**
_____
*Date*

CARMEN D. CONDE TORRES 207312
*Signature of Attorney*
**C. CONDE & ASSOC.**
**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
**787-729-2900  Fax: 787-729-2203**
condecarmen@condelaw.com
*Name of law firm*

## United States Bankruptcy Court
### District of Puerto Rico

In re   INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT/ SECRETARY** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 15, 2025

Signature _____
LIZ M. MURIENTE COLON

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Puerto Rico

In re   INSTITUTE DE EDUCACION Y TECNOLOGIA, INC.

Debtor(s)

Case No.
Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT/ SECRETARY of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 15, 2025

LIZ M. MURIENTE COLON/PRESIDENT/ SECRETARY
Signer/Title

INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.
1508 AGUAS CORRIENTES, LAS CASCADAS
TOA ALTA, PR 00953

CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


CARMEN D. CONDE TORRES
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LIZ M. MURIENTE COLON
METRO MEDICAL CENTER TORRE A
SUITE 803
BAYAMON, PR 00959


CLARO PR
PO BOX 3660998
SAN JUAN, PR 00936-0980

MMC GUARANTEE LLC
COND. METRO MEDICAL CENTER LLC
PO BOX 488
BAYAMON, PR 00959


DEPARTAMENTO DE EDUCACION GOV. DE PR
PO BOX 190759
SAN JUAN, PR 00919-0759

NET BROMEDIA, INC.
PO BOX 191995
SAN JUAN, PR 00919


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

TOYOTA CREDIT
PO BOX 71410
SAN JUAN, PR 00936-8510


DEPARTAMENTO DE JUSTICIA DE PR
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

US SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD
SUITE 202
EL PASO, TX 79925


DEPARTAMENTO DEL TRABAJO
PO BOX 195540
SAN JUAN, PR 00919-5540


DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530


IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

### United States Bankruptcy Court
#### District of Puerto Rico

In re   INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.
Debtor(s)

Case No.
Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 15, 2025
Date

CARMEN D. CONDE TORRES 207312
Signature of Attorney or Litigant
Counsel for   INSTITUTO DE EDUCACION Y TECNOLOGIA, INC.
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900 Fax:787-729-2203
condecarmen@condelaw.com